UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Sun Country Airlines, Inc.,

Debtor.

Chapter 11

Case No: 02-40303

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Oppenheimer Wolff & Donnelly LLP hereby gives notice pursuant to Bankruptcy Rule 9010 that it is appearing in the above-captioned bankruptcy case as attorneys for Pegasus Aviation, Inc., Pegasus Aviation Lease Asset Securitization Trust 1997-A and Riverhorse Aviation Group, Inc., and requests under Bankruptcy Rule 2002(i) that it receive all notices and all papers (including pleadings, motions, applications, orders, and financial and other reports) served or filed in this case, and that it be added to the mailing matrix. Notices should be sent to the following address:

Steven W. Meyer, Esq.
Oppenheimer Wolff & Donnelly LLP
3300 Plaza VII
45 South Seventh Street
Minneapolis, MN 55402

Dated: January 31, 2002	OPPENHEIMER WOLFF & DONNELLY LLP


By: /s/  
    Steven W. Meyer, MN Bar No. 160313  
3300 Plaza VII  
45 South Seventh Street  
Minneapolis, Minnesota 55402  
Telephone:   612.607.7000  
Facsimile:   612.607.7100