ADDED TO MATRIX
FEB 2 7 2002

January 31, 2002

U. S. Bankruptcy Court
District of Minnesota
301 U.S. Courthouse
300 S 4th St
Minneapolis MN 55415

RE: Sun Country Airlines-Chapter 7 Bankruptcy
    Case # 02-40303

To Whom It May Concern:

I was informed by the Minnesota Attorney General's office I need to file a proof of claim form with your office in the matter. Would you please send me claim form in the above title case or direct me to a web site where I can get one.

Thank you for your help in this matter.

Sincerely,

Julie A. Hansen
205 Park Ave
Swea City IA 50590

Email: julie.hansen@courts.state.mn.us
Phone: weekdays 507-238-3289, evenings 515-272-4867

Filed on FEB 11 2002
Patrick G. De Wane, Clerk
By _____ Deputy Clerk

35-1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

**PATRICK G. DE WANE**
CLERK OF BANKRUPTCY COURT

301 U.S. COURTHOUSE
MINNEAPOLIS, MN 55415
612-664-5200

200 U.S. COURTHOUSE
FERGUS FALLS, MN 56537
218-739-4671

www.mnb.uscourts.gov

From the Minneapolis Office

200 U.S. COURTHOUSE
ST. PAUL, MN 55101
651-848-1000

416 U.S. COURTHOUSE
DULUTH, MN 55802
218-529-3600

February 27, 2002

Julie A. Hansen
205 Park Ave.
Swea City, IA 50590

Dear Ms. Hansen:

We received your letter regarding proofs of claim. Sun Country Airlines is an involuntary filing, and a relief order has not been entered. The debtor has filed a motion to dismiss the case from our court. We will add your name to the mailing list in this case, and if an order for relief is entered, you will receive a notice of the filing, and notice to file claims with claim form if assets are found.

Thank you for your time.

Yours truly,

Mary Blesi
Supervisor