File # 02-40304
Re: In Re Sun Country Airlines Inc.

STATE OF MINNESOTA)

COUNTY OF HENNEPIN)

**AFFIDAVIT OF SERVICE**

Edward Schwarze, being duly sworn on oath, deposes and states, that on the 27th. day of February, 2002, he served the attached: Notice of Expedited Hearing and Motion of US Bank for Relief from the Automatic Stay; Memorandum in Support of Motion; Proposed Order; and Affidavit of Service. Upon Connie A. Lahn, Esq., herein named personally at 45 South Seventh Street, Suite 2900, Minneapolis, County of Hennepin, State of Minnesota, by handing to, and leaving with Terri Lynn Shirley, a true and correct copy thereof.

Subscribed and sworn to before me
this 27th. day of February, 2002.

_____
Notary Public

THOMAS E. GOUGH
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

_____
Process Server

Filed on 3\1\02
Patrick G. De Wane, Clerk
By _____ Deputy Clerk

47-1

File # 02-40304
Re: In Re Sun Country Airlines Inc.

STATE OF MINNESOTA)

COUNTY OF HENNEPIN)

**AFFIDAVIT OF SERVICE**

Edward Schwarze, being duly sworn on oath, deposes and states, that on the 27th. day of February, 2002, he served the attached: Notice of Expedited Hearing and Motion of U.S. Bank for Relief from the Automatic Stay; Memorandum in Support of Motion; Proposed Order; and Affidavit of Service. Upon Clark T. Whitmore, Esq., herein named personally at 90 South Seventh Street, Suite 3300, Minneapolis, County of Hennepin, State of Minnesota, by handing to, and leaving with Wendy Spencer, a true and correct copy thereof.

Subscribed and sworn to before me
this 27th. day of February, 2002.

_____          _____
Notary Public                               Process Server

THOMAS E. GOUGH
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

File # 02-40304
Re: In Re Sun Country Airlines Inc.

STATE OF MINNESOTA)

COUNTY OF HENNEPIN)

**AFFIDAVIT OF SERVICE**

Thomas Gough, being duly sworn on oath, deposes and states, that on the 27th. day of February, 2002, he served the attached: Notice of Expedited Hearing and Motion of US Bank for Relief from the Automatic Stay; Memorandum in Support of Motion; Proposed Order; and Affidavit of Service. Upon John R. McDonald, Esq., herein named personally at 800 Lasalle Avenue, Suite 2700, Minneapolis, County of Hennepin, State of Minnesota, by handing to, and leaving with Melissa Genosky, a true and correct copy thereof.

Subscribed and sworn to before me
this 27th. day of February, 2002.

_____
Notary Public

_____
Process Server

ERIC ANDERSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

File # 02-40304
Re: In Re Sun Country Airlines Inc.

STATE OF MINNESOTA)

AFFIDAVIT OF SERVICE

COUNTY OF HENNEPIN)

Thomas Gough, being duly sworn on oath, deposes and states, that on the 27th. day of February, 2002, he served the attached: Notice of Expedited Hearing and Motion of US Bank for Relief from the Automatic Stay; Memorandum in Support of Motion; Proposed Order; and Affidavit of Service. Upon Office of the U.S. Trustee, herein named personally at 300 South Fourth Street, Suite __1015__, Minneapolis, County of Hennepin, State of Minnesota, by handing to, and leaving with __Torri Frazer__, a true and correct copy thereof.

Subscribed and sworn to before me
this 27th. day of February, 2002.

_____
Notary Public

_____
Process Server

ERIC ANDERSON
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

# DORSEY & WHITNEY LLP

| | | |
|---|---|---|
| MINNEAPOLIS | SUITE 1500 | COSTA MESA |
| NEW YORK | 50 SOUTH SIXTH STREET | BILLINGS |
| SEATTLE | MINNEAPOLIS, MINNESOTA 55402-1498 | FARGO |
| DENVER | TELEPHONE: (612) 340-2600 | HONG KONG |
| WASHINGTON, D.C. | FAX: (612) 340-2868 | GREAT FALLS |
| NORTHERN VIRGINIA | www.dorseylaw.com | ROCHESTER |
| DES MOINES | | TOKYO |
| LONDON | **JOHN C. THOMAS** | MISSOULA |
| ANCHORAGE | **(612) 340-7868** | VANCOUVER |
| SALT LAKE CITY | **FAX (612) 340-2643** | TORONTO |
| BRUSSELS | **thomas.john@dorseylaw.com** | SHANGHAI |

February 28, 2002

Clerk
United States Bankruptcy Court
301 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

    Re:    Sun Country Airlines
            Case No. 02-403-03

Dear Clerk:

    Enclosed for filing in the above matter please find supplemental Affidavits of Service.

                                          Sincerely,

                                          Todd Pearson

TP/ckl
Enclosures