# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

**SUN COUNTRY AIRLINES INC**                          Case No. BKY 02-40303

Debtor(s)                                             **Chapter 7 Case**

## ORDER FOR RELIEF AND FILING OF PAPERS

On consideration of the petition filed on **1/8/02** against the above-named debtor, an order for relief under chapter 7 of Title 11 of the United States Code is GRANTED. It is further ordered that the debtor shall file within 15 days hereafter a list in matrix form containing the name and address of each creditor under Bankruptcy Rule 1007(a)(2) and Local Rule 1010-1, that the debtor shall file within 15 days hereafter the schedules of assets and liabilities, the statement of financial affairs and the statement of executory contracts required under Bankruptcy Rule 1007(c), that if the debtor does not file any list, schedule or statement required by this order and Bankruptcy Rule 1007, the petitioning creditors shall file within 30 days hereafter the list, schedule or statement under Bankruptcy Rule 1007(k), and that the clerk shall forthwith mail copies of this order as notice thereof to the debtor, the attorney for the petitioning creditors and the United States Trustee.

Dated:   MAR 1 2 2002

_United States Bankruptcy Judge_

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT

Filed and docket entry made on  MAR 1 2 2002

Patrick G. De Wane, Clerk, By

02/14/94;051297.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

I, RENEE M. GRAYES, hereby certify: that I am a deputy clerk in the office of the U.S. Bankruptcy Court for the District of Minnesota; that on <u>March 12, 2002</u> true and correct copies of the annexed:

## ORDER FOR RELIEF AND FILING OF PAPERS

were placed by me in individual official envelopes; that said envelopes were addressed individually to each of the persons, corporations, and firms at their last known addresses appearing hereinafter; that said envelopes were sealed and on the day aforesaid were placed in the United States mails at Minneapolis, Minnesota, to:

UNITED STATES TRUSTEE
1015 US COURTHOUSE
MINNEAPOLIS MN 55415

SUN COUNTRY AIRLINES INC
2520 PILOT KNOB RD STE 250
MENDOTA HEIGHTS MN 55120

RICARDO PALACIO
222 DELAWARE AVE 17TH FL
WILMINGTON DE 19899

JOHN R MCDONALD
800 LASALLE AVE STE 2800
MPLS MN 55402-2015

and this certificate was made by me.

Deputy clerk

11/08/93;Rev01/08/96; 02/05/96

Filed on ___ MAR 1 2 2002
Patrick G. De Wane, Clerk
By _____ Deputy Clerk