## HEARING MINUTES FOR JUDGE NANCY C. DREHER

Hearing date: 02-03-13     11:00 AM(Courtroom 7 West (Minneapolis))

**Case: 02-40303   SUN COUNTRY AIRLINES INC   Chapter 11 BKY**

- ☑ **Atty for Debtor: John McDonald**
- ☐ **Atty for Petitioning Creditors: Ricardo Palacio**
- ☑ **Atty for US Bank: John Thomas**
  - ☑ Todd Pearson
- ☑ **Atty for Wilmington Trust: William Fisher**
- ☑ **Atty for GE Capital Corp: James Rubenstein**
- ☐ **Atty for Teachers' Retirement System of Illinois: David Orenstein**
- ☐ **Atty for ALPA: Brian Leonard**
- ☐ **Atty for Engine Lease Finance Corp: Clark Whitmore**
- ☐ **Atty for U.S. Dep't of Justice: Andrea Handel (telephonically)**

☐ **No appearances**

**1: Expedited Motion by Debtor for Order Authorizing Use of Cash Collateral (Docket Entry: 82)**

**2: Expedited Motion by Debtor for Order Authorizing Interim Financing (Docket Entry: 83)**

**3: Notice of Hearing (Docket Entry: 87)**

**Other Appearances:**

```
Atty for MN Airlines:  T. Jay Salmen
Atty for US Trustee:   Michael Fadlovich
```

**Bankruptcy Judge's Notes of Proceeding:**

Motion: ☐ Granted ☐ Denied ☐ Withdrawn
☐ Stipulated order submitted denying motion
☐ Stipulated order submitted granting motion
☐ Stipulated order to be submitted granting motion
☐ Stipulated order to be submitted denying motion
☐ [          ] to submit proposed order

☐ Stipulated order to be submitted

☐ Plan confirmed
☐ Plan denied
☐ Case dismissed
☐ Objection(s):
　☐ Sustained
　☐ Over-ruled
　☐ Moot
　☐ Withdrawn
　☐ Continued

☐ Hearing Continued to [          ]
☐ Final Hearing Set for [          ]

NOTES:
```
Motion to be granted upon approval of Stipulated Orders to be
submitted
```

[ Clear Form ]

e88-1